UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMES ANTHONY BLOW, III,

    Plaintiff,

v.                                          Case No.:   2:23-cv-1047-SPC-NPM

THE SUN,

    Defendant.
_____/

**OPINION AND ORDER**

    Before the Court is Plaintiff James Anthony Blow, III's Complaint (Doc. 1). Blow is an inmate at the Brevard County Jail. He brings this action against the sun to establish paternity. Blow seeks to prove through DNA testing that the star at the center of our solar system is his father. Even ignoring the obvious jurisdictional problems here, the Court dismisses this action as frivolous. *See Porter v. Governor of the State of Fla.*, 667 F. App'x 766, 767 (11th Cir. 2016) ("A lawsuit is frivolous if its claims involve factual contentions that are fanciful, fantastic, irrational, and/or delusional."). Because amendment would be futile, dismissal is with prejudice.

    Accordingly, it is now

    **ORDERED:**

Plaintiff James Anthony Blow, III's Complaint (Doc. 1) is **DISMISSED with prejudice**.  The Clerk is **directed** to terminate any pending deadlines, enter judgment, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 22, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record